### 19027. PERRY *et al.* v. JOHNSON.

CANDLER, Justice. This case is controlled by the decision in *Kessler* v. *Johnson,* ante.

*Judgment affirmed. All the Justices concur.*

ARGUED JULY 12, 1955—DECIDED JULY 13, 1955.

*Howard & Hunter,* for plaintiffs in error.
*Fred T. Lanier, Robert S. Lanier,* contra.